USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2026

Drohan Lee

Erika M. Calderon
T: (212) 710-0011
ecalderon@dlkny.com

**MEMORANDUM ENDORSED**

July 24, 2026

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *L.A. et al v. N.Y.C. Dep't of Educ.,* 26-cv-01543 (GHW)

Dear Judge Woods,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

The parties jointly and respectfully request an adjournment of the Initial Conference (the "Conference") scheduled before Your Honor on July 31, 2026, to October 26, 2026, and the joint status letter and proposed case management plan set forth in the Court's February 25, 2026 Order. ECF No. 2. This is the parties' first request for an adjournment of the Conference and the related submissions. At this time, the parties are actively working toward resolving this matter, and Plaintiffs' counsel has agreed to provide the attorney billing records necessary to evaluate and resolve Plaintiffs' attorneys' fees claim on or before July 27, 2026.

Defendant also respectfully requests an extension of time to respond to the Complaint from September 21, 2026 to October 26, 2026, i.e. 90-days from the date Plaintiffs' counsel has agreed to provide the requested billing records. Plaintiffs consent to this request. Upon receipt of those records, the requested extension will permit Defendant's counsel to complete its internal review process by reviewing the billing records together with the underlying administrative record, begin settlement negotiations and hopefully resolve this matter without the need for a conference or motion practice. The parties note that this matter involves no discovery and that liability is not in dispute.

Accordingly, the parties respectfully request that: (a) the Conference be adjourned to October 26, 2026, or to such later date as is convenient for the Court; and (b) Defendant respectfully requests that its time to respond to the Complaint be extended to October 26, 2026.

Thank you for considering these requests.

[Remainder of page intentionally left blank]

Respectfully submitted,

By: */s/ Erika M. Calderon*
Erika M. Calderon, Esq.

cc: William Milton Meyer, IV, Esq. (*via* ECF)

Application granted. The initial pretrial conference scheduled for July 31, 2026 is adjourned to October 29, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's February 25, 2026 order are due no later than October 22, 2026. The deadline for Defendant to answer or otherwise respond to the complaint is extended to October 26, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: July 24, 2026
New York, New York

GREGORY H. WOODS
United States District Judge