USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

Drohan Lee

Erika M. Vasconez
T: (212) 710-0011
evasconez@dlkny.com

**MEMORANDUM ENDORSED**

Application granted in part. The initial pretrial conference scheduled for October 29, 2026 is adjourned to December 8, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's February 25, 2026 order are due no later than December 1, 2026. The deadline for Defendant to answer or otherwise respond to the complaint is extended to November 25, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated: October 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

October 21, 2026

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *L.A. et al v. N.Y.C. Dep't of Educ.,* 26-cv-01543 (GHW)

Dear Judge Woods,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

The parties jointly and respectfully request that the Initial Conference (the "Conference") currently scheduled before Your Honor on October 29, 2026, together with the joint status letter and proposed case management plan set forth in the Court's July 24, 2026 Order (ECF No. 14), be adjourned *sine die*. As liability is not in dispute and this action concerns attorneys' fees, discovery is not necessary. This is the parties' second request for an adjournment of the Conference and the related submissions; the Court granted the parties' first request on July 24, 2026. ECF No. 14. Since that time, Plaintiffs' counsel has provided the attorney billing records, and Defendant's counsel is reviewing those records together and diligently processing this matter for settlement.

Defendant also respectfully requests a one-month extension of time to respond to the Complaint, from October 26, 2026 to November 25, 2026. This is Defendant's third request for an extension of time to respond to the Complaint. Plaintiffs consent to this request. The requested extension will permit Defendant's counsel to complete its internal review process, engage in settlement negotiations, and hopefully resolve this matter without the need for a conference or motion practice.

Accordingly, the parties respectfully request that: (a) the Conference, and the related joint status letter and proposed case management plan, be adjourned *sine die*; and (b) Defendant's time to respond to the Complaint be extended to November 25, 2026. Thank you for considering these requests.

Respectfully submitted,

By: <u>*/s/ Erika M. Vasconez*</u>
Erika M. Vasconez, Esq.

cc: William Milton Meyer, IV, Esq. (*via* ECF)